**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GRACENOTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SORENSON MEDIA, INC.,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:16-cv-00950-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and a settlement agreement entered by the parties, Plaintiff Gracenote, Inc. and Defendant Sorenson Media, Inc. hereby stipulate that this action, including all claims, defenses, and counterclaims therein, be dismissed with prejudice.  Each party will bear its own attorney fees and costs.

A proposed order is filed concurrently.

DATED this 21st day of February, 2019.


*/s/ Samuel C. Straight*
Samuel C. Straight
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
jjardine@rqn.com
sstraight@rqn.com

*Attorneys for Plaintiff*

*/s/ George B. Hoffman\*Signed with permission\**
George B. Hofmann
**COHNE KINGHORN**
111 East Broadway, Eleventh Floor
Salt Lake City, Utah 8411
Telephone:  (801) 363-4300
ghofmann@cohnekinghorn.com
*Attorneys for Defendant*