# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GRACENOTE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SORENSON MEDIA, INC.,<br><br>　　　　Defendant. | **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:16-cv-00950-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

　　　　Based upon the Stipulation for Dismissal with Prejudice and a settlement agreement entered by the parties, and good cause appearing,

　　　　IT IS HEREBY ORDERED that this action, including all claims, defenses, and counterclaims therein, be dismissed with prejudice.  Each party will bear its own attorney fees and costs.

　　　　DATED this _____ day of February, 2019.

　　　　　　　　　　　　**BY THE COURT:**

`　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　Honorable Clark Waddoups
　　　　　　　　　　　　　United States District Judge

2

*APPROVED AS TO FORM*

*/s/ George B. Hoffman*Signed with permission**
George B. Hofmann
**COHNE KINGHORN**
111 East Broadway, Eleventh Floor
Salt Lake City, Utah 8411
Telephone:  (801) 363-4300
ghofmann@cohnekinghorn.com

*Attorneys for Defendant*

1481438