AO 121 (Rev. 08/10)

| To: | Mail Stop 8<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or   ✖ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>**2:16-cv-00950-EJF** | DATE FILED<br>**9/12/2016** | U.S. DISTRICT COURT<br>**District of Utah**<br>**351 S West Temple, Room 1.100, Salt Lake City, UT 84101** |

| PLAINTIFF<br><br>**Gracenote, Inc.** | DEFENDANT<br><br>**Sorenson Media, Inc.** |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** See copy of complaint | See copy of complaint | See copy of complaint |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT<br>03/06/2019     ORDER GRANTING DISMISSAL WITH PREJUDICE- Signed by Judge Clark Waddoups on 3/6/19 |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>Jennifer Richards | DATE<br>3/6/19 |

DISTRIBUTION :    1) Upon initiation of action<br>mail copy to Director      2) Upon filing of document adding patent(s),<br>mail copy to Director      3) Upon termination of action ,<br>mail copy to Director